Special Claim for a Civil Case

## UNITED STATES DISTRICT COURT
For the

### Western District of Michigan

Southern Division

**FILED - GR**
September 21, 2023 1:53 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: ᴶᵂ  /9/21

**1:23-cv-1006**

**Hala Y. Jarbou
Chief U.S. District Judge**

Christopher James Arney
Andrea Gail Arney
Petitioner(s)

*(Write the full name of each petitioner who is filing this complaint.)*

-v-

John and Jane Does 1-99
Respondent(s)

*(Write the full name of each respondent.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by t*

Jury Trial: *(check one)*    ☐ Yes    ☐ No

## SPECIAL CLAIM FOR A CIVIL CASE

### I.    The Parties to This Special Claim

#### A.    The Petitioner(s)

Provide the information below for each petitioner named in the special claim. Attach additional pages if needed.

Name             Christopher James and Andrea Gail Arney
Street Address   C/o Rural Route  PO Box 426
City and County  Alto, Kent
State and Zip Code   Michigan Republic, [49302]
Telephone Number   616-551-9067 (Cell)  616-891-8667 (Home)
E-Mail Address

#### B.    The Respondent(s)

Respondents John and Jane Does 1-99 are unknown and yet to be determined.

II.   **Basis for Jurisdiction and Venue**

A. This Court has Special Inherent Subject Matter jurisdiction over the Petitioner's adverse claim which is of National Security concerning private proprietary information that Cannot be revealed to the public.

B. The Petitioners have no adequate remedy at law.

C. The venue is proper in the United States District Court Western Div. of Michigan.

III.   **Special Statement of Claim**

Petitioner believes that a breach of trust has occured and seeks special remedy in an exclusive Court of Equity. This Cannot be revealed to the public.

IV.   **Special Prayer and Special Relief**

Due to the confidentiality of the claim, and the need to keep the information private, the Special relief has been Submitted in writing, in the attached envelope.

V.   **Certification and Closing**

I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Court Rules.

Dated: September 21, 2023

By: _____
By: Christopher James, Petitioner

By: _____
By: Andrea Gail, Petitioner

## Special Prayer

We, Christopher James, a living man and Andrea Gail, a living woman, write this prayer jointly as we were made one before God over thirty-one years ago. (Geneva Bible, 1599, Matthew 19:4-6) And he answered and said unto them, Have ye not read, that he which made them at the beginning, made them male and female, and said, For this cause, shall a man leave father and mother, and cleave unto his wife, and they which were two, shall be one flesh? Wherefore they are no more twain, but one flesh. Let not man put asunder that, which God hath coupled together.

The matters that we will discuss are of a private, proprietary nature and cannot be disclosed to the public. Therefore, we require all of our papers to be placed under a protective seal.

We have a Special Adverse Claim. The definition of an adverse claim is a claim that a claimant has a property interest in a financial asset and that it is a violation for another person to hold, transfer or deal with the financial asset.

There has been an error and we require your assistance in correcting the error. We believe that a breach of Trust has occurred and we are seeking Special Remedy in an exclusive Court of Equity. Equity regards as done what ought to be done.

We have not abandoned our Securities.

We accept and take full responsibility for not claiming our securities upon our 18th year of life, and for all that was done in the names created for us. We are here now and order a full accounting of all the securities, both public and private that are owed to Christopher James and Andrea Gail. We require a discharge of all debt on the public side and set-off on the private side, and your assistance to move us into the private.

It is our desire to perfect an imperfect gift by reclaiming our proper names through indorsement of our Certificates of Live Birth to the custodian, the Secretary of the U.S. Treasury.

I, Andrea Gail have been granted irrevocable power of attorney over the private trust security estate - ANDREA GAIL JUENGLING, by my mother Betty Jo Juengling. Therefore, I am the grantor and beneficiary of the said trust security(s), and I hereby claim said trust security(s).

I, Christopher James through a default process, have been granted irrevocable power of attorney over the private trust security estate - CHRISTOPHER JAMES ARNEY. Therefore, I am the grantor and beneficiary of the said trust security(s), and I hereby claim said trust security(s).

(Geneva Bible, 1599, Genesis 1:26) Furthermore God said, Let us make man in our image according to our likeness, and let them rule over the fish of the sea, and over the fowl of the heaven, and over the beasts, and over

everything that creepeth and moveth on the earth. God gave us dominion over the land, air and water. We intend to be good stewards of God's Glorious Creation.

We are the Father and Mother to Kevin James and Heather Lynn. They are adults with Special Needs. We are co-guardians of Kevin James and we have joint power of attorney over Heather Lynn. At this time, they are not capable of caring for themselves. We are their Father, Mother, and caretakers. We created Kevin James and Heather Lynn, and that which one creates one controls. We require the legal guardianship of Kevin James to be rescinded, he is our son and we will care for him unconditionally in the private. Kevin James and Heather Lynn are property and beneficiaries of the Arney Famil:a GodTrust and we have made provisions for them in our wills. They will continue to live with us until a time that they should wish to live elsewhere. We have the complete intention to fulfill our obligations to Kevin James and Heather Lynn as their Father and Mother.

Kevin and Heather are such a joy and a blessing, they have so much potential and everything we have done is for their benefit, we cannot imagine our lives without them. There are therapies and treatments that we would love to provide for them, but many of these treatments are out of our reach due to the cost. Our hope is that they will eventually be able to care for themselves and live full and independent lives.

As the Mother of Kevin James and Heather Lynn, I am the grantor of their estates and I am claiming their trust estate securities on their behalf.

We direct and order a full accounting of all the securities, both public and private that are owed to Kevin James and Heather Lynn. We require a discharge of all debt on the public side and set-off on the private side. I will indorse their Certificates of Live Birth on their behalf.

Our intent is for Kevin James and Heather Lynn to live in-full-life with the inherent names they were given at the time of their nativity. Those names being Kevin James and Heather Lynn properly styled in upper and lower case letters. This is evidenced by the chiefest event of the name in proper style and hereby attached.

(Geneva Bible, 1599, Proverbs 13:22) The good man shall give inheritance unto his children's children: and the riches of the sinner is laid up for the just.

As a son and heir of my mother Grace Agnes Arney, I, Christopher James claim the estate of my late mother, GRACE AGNES ARNEY (HIMMEL), on behalf of her heirs. Grace passed on July 28th of 2015. I direct and order a full accounting of all the securities that are owed to Grace Agnes Arney.

I, Andrea Gail am claiming the estate of my maternal grandfather, CECIL EDWARD MATLOCK, on behalf of his heirs. Cecil passed away on Christmas Day 1998. I direct and order a full accounting of all the securities that are owed to Cecil Edward Matlock.

I, Andrea Gail am also claiming the estate of my paternal grandfather, GUSTAV JUENGLING, on behalf of his heirs. Gustav was born in Poland and passed away in March of 2005. He came to the United States in 1951 and lived here until his death. I direct and order a full accounting of all the securities that are owed to Gustav Juengling.

Equity looks to intent rather than to form. We recorded paperwork publically with proper intent. We now have learned that we should have kept those papers private. We will need your aid and assistance to seal and make private all publically recorded paperwork, and to rescind any contracts that we may have missed. I have attached a list of the recorded papers that require sealing.

We require full Diplomatic Passports, private cell phones, and private internet service for Christopher James, Andrea Gail, Kevin James and Heather Lynn.

We have accepted the declaration of Land Patent on our land in Alto, Michigan Republic. We require that the land and home be moved into the private and removed from the tax rolls.

Any future land or home purchases will need to be in the private with land patents.

All specified current automobiles, and any future automobiles, including any other conveyances purchased must be moved into the private and have diplomatic license plates.

We have paid off our home and land and we do not have any loans. We have lived responsibly, in peace and with honor. We will continue to live that way in the private.

( Geneva Bible, 1599, Galations 5:13) for brethren, ye have been called unto liberty: only use not your liberty as an occasion unto the flesh, but by love serve one another.

We are attaching certified copies of our Certificates of Live Birth. We can provide all requested Originals at an in-camera meeting.

Thank you for your time and assistance in these important matters. We look forward to meeting you.

By: Christopher James

By: Andrea Gail