UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER JAMES ARNEY, et al.,

    Plaintiffs,

v.

    Case No. 1:23-cv-1006

    Hon. Hala Y. Jarbou

UNKNOWN PART(Y)(IES),

    Defendants.
_____/

## ORDER

Plaintiffs Christopher James Arney and Andrea Gail Arney have filed a complaint containing information that they believe is confidential and must remain private. (Compl., ECF No. 1, PageID.3.) The Court has an obligation to assess its jurisdiction at every stage of a case, and Plaintiffs have the burden of demonstrating subject matter jurisdiction in their complaint. They have not met that burden. The complaint itself identifies no defendants or claims. Indeed, it is difficult to discern what relief Plaintiffs are requesting and why. In short, the Court discerns no "Case" or "Controversy" suitable for resolution by this Court. *See* Const., Art. III § 2.

Accordingly,

**IT IS ORDERED** that the case is **DISMISSED** for lack of jurisdiction.

A judgment will enter in accordance with this Order.

Dated: September 26, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE