UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER JAMES ARNEY, et al.,

    Plaintiffs,

                                          Case No. 1:23-cv-1006

v.

                                          Hon. Hala Y. Jarbou

UNKNOWN PART(Y)(IES),

    Defendants.
_____/

## JUDGMENT

In accordance with the order entered this date:

**IT IS ORDERED** that the case is **DISMISSED**.

Dated: September 26, 2023   /s/Hala Y. Jarbou
                                                HALA Y. JARBOU
                                                CHIEF UNITED STATES DISTRICT JUDGE